Rose B. Hirschthal, Respondent, v. Harry Hirschthal, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., dissents and votes to reduce alimony to the sum of twenty-five dollars a week, with leave to plaintiff to renew her application when defendant's condition changes, it being proven without dispute that defendant's total income is but seventy-five dollars a week.

Henry Germann, Surviving Executor, etc., of Ernestine Schaffner, Deceased, Respondent, v. Martha S. Reynolds, Respondent, Impleaded, etc., and Henry Germann and Others, as Executors, etc., of Robert F. Schaffner, Deceased, Appellants.*—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [131 Misc. 559.]

Andrew Pappadina and Others, Copartners, etc., Respondents, v. Meisel-Galland Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

E. J. Touhill, Respondent, v. William J. Fallon, Defendant, Impleaded with Manning Stires, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the finding that notice of dishonor was timely given was against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Jennie Hollingshead, Respondent, v. William G. Heath, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Ethel Hollingshead, Respondent, v. William G. Heath, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Lucius N. Littauer, Appellant, v. Paton, Peterson & Co., Inc., Defendant, Impleaded with Charles Watt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

S. P. T. Linder Co., Inc., Respondent, v. Robert A. Shiverick, Appellant. Sedking Construction Corporation and Others, Defendants; National Kalamein Co., Inc., and Others, Respondents.—Judgment affirmed, with costs to the plaintiff, respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Jascha Heifetz, Respondent, v. Wolfsohn Musical Bureau, Inc., Appellant.—Appeal discontinued, without costs, on consent. Motion for stay discontinued on consent. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of Eugene L. Parodi for Reinstatement as an Attorney and Counselor at Law.— Motion denied. Present — Dowling, P. J. Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of Samuel Marche.— Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

* Appeal dismissed, 249 N. Y. 601.